IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

JUL - 6 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:17-CR-157 |
| ) | |
| ZAINAB MALIK ) | 18 U.S.C. § 1546(b)(1) |
|    a/k/a Zanib MALIK ) | |
|    a/k/a Zee MALIK ) | (Unlawful use of identification |
|    a/k/a Farah MALIK, ) | document not issued for the use of |
| ) | the possessor for the purpose of |
|         Defendant. ) | satisfying INA §274(A)) |

## INDICTMENT

### July 2017 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

Between on or about the October 15, 2015, and on or about January 24, 2017, in Fairfax County, within the Eastern District of Virginia, the defendant, Zainab MALIK, for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, used identification documents, to wit, a driver's license and a social security card, knowing (or having reason to know) that said document was not issued lawfully for the use of Zainab MALIK, who possessed said document.

(In violation of Title 18, United States Code, Section 1546(b)(1).)

A TRUE BILL

**Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office**

_____                    _____
DATE                                   FOREPERSON

Dana J. Boente
United States Attorney

By:  _____*Lily Timmermann*_____
     Lilian Timmermann
     Special Assistant United States Attorney